# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JAMES SAMPSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) CASE NO. 1:17-cv-00658-MRB |
| | ) |
| v. | ) Judge Michael R. Barrett |
| | ) |
| HAVERHILL COKE COMPANY, *et al.* | ) Magistrate Judge Karen L. Litkovitz |
| | ) |
| Defendants. | ) |

**DEFENDANTS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE NOTICE OF MATERIAL DEVELOPMENTS REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 7 and S.D. Ohio Civ. R. 7.2(a)(2), Defendants SunCoke Energy, Inc. and Haverhill Coke Company respectfully move for leave to notify the Court of material developments regarding the Ohio Environmental Protection Agency's ("OEPA") issuance of a Title V operating permit for Defendants' facility in Franklin Furnace, Ohio ("the Facility").  Following the May 2018 issuance of a draft Title V Permit for public comment, and a public hearing on that draft in August 2018, OEPA investigated allegations that the Facility was violating OAC 3725-15-07 ("the Nuisance Rule").  Then, on February 8, 2019, OEPA issued a Preliminary Proposed Title V Permit for the Facility and, on June 14, 2019, OEPA issued a Proposed Title V Permit for the Facility.  Defendants request leave to provide this supplemental authority and related information regarding these developments because they are material to the Court's evaluation of Plaintiffs' Motion for a Preliminary Injunction.  A copy of Defendants' proposed filing is attached hereto as Exhibit 1.

1

Dated: June 20, 2019  Respectfully submitted,

s/ Shane A. Farolino
Shane A. Farolino (0040310), Trial Attorney
Terrence S. Finn (00039391)
**Roetzel & Andress, LPA**
222 S. Main Street, Suite 400
Akron, OH 44308
Telephone: (330) 376-2700
Facsimile: (330) 376-4577
Email: sfarolino@ralaw.com
Email: tfinn@ralaw.com

s/ Roy D. Prather III
John Guttmann *(admitted pro hac vice)*
**BEVERIDGE & DIAMOND, PC**
1350 I Street, N.W., Suite 700
Washington, DC  20005
Telephone: (202) 789-6020
Facsimile:  (202) 789-6190
Email: jguttmann@bdlaw.com

Bina Reddy *(admitted pro hac vice)*
**BEVERIDGE & DIAMOND, PC**
98 San Jacinto Boulevard, Suite 1420
Austin, TX  78701
Telephone: (512) 391-8000
Facsimile:  (512) 391-8099
Email: breddy@bdlaw.com

Robert Brager *(admitted pro hac vice)*
Roy D. Prather III *(admitted pro hac vice)*
**BEVERIDGE & DIAMOND, PC**
201 North Charles Street, Suite 2210
Baltimore, MD 21201
Telephone:  (410) 230-1300
Facsimile:   (410) 230-1389
Email: rbrager@bdlaw.com
rprather@bdlaw.com

**Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to D. David Altman, daltman@environlaw.com; Justin D. Newman, jnewman@environlaw.com; and Robin A. Burgess, rburgess@environlaw.com by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Roy D. Prather
Roy D. Prather (*admitted pro hac vice*)
**BEVERIDGE & DIAMOND, PC**

**Attorney for Defendants**