# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| James Sampson, et al., | ) |
| PLAINTIFFS | ) CASE NO. 1:17-cv-658 |
| v. | ) Judge Michael R. Barrett |
| SunCoke Energy, Inc., et al., | ) |
| DEFENDANTS | ) |

## STIPULATED ENTRY OF DISMISSAL OF CLAIMS 26 AND 28

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree, and the Court hereby orders, that Claims Twenty Six (Negligence) and Twenty Eight (Nuisance) in Plaintiffs' Complaint (Doc. 1) are dismissed with prejudice and without the imposition of costs by the Court or Clerk, as of September 22, 2021.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

**APPROVED AND STIPULATED:**

*s/ D. David Altman*

D. David Altman, *Trial Attorney* (0021457)
Justin D. Newman (0080968)
**ALTMANNEWMAN CO., L.P.A.**
15 E. 8th Street, Suite 200W
Cincinnati, Ohio 45202
Telephone: 513-721-2180
Email: daltman@environlaw.com

**Attorneys for Plaintiffs**

*s/ John S. Guttmann*

John S. Guttmann (*admitted pro hac vice*)
**BEVERIDGE & DIAMOND, P.C.**
1900 N Street, NW
Suite 100
Washington, DC 20036
Telephone: (202) 789-6020
Facsimile: (202) 789-6190
Email: jguttmann@bdlaw.com
**Attorneys for Defendants**