IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Sampson, *et al.*,

    Plaintiffs.

vs.

SunCoke Energy, Inc., *et al.*,

    Defendants.

Case Number: 1:17-cv-658

Judge Michael R. Barrett

**ORDER**

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action (including all claims by all parties) is hereby **DISMISSED WITH PREJUDICE**, provided that any of the parties may, upon good cause shown not later than **May 1, 2022**, reopen the action if settlement is not consummated. The parties may substitute a judgment entry contemplated by the settlement agreement upon approval of the Court. Parties intending to preserve this Court's jurisdiction to enforce a settlement should be aware of *Kokkonen v Guardian Life Ins. Co. Of America*, 511 U.S. 375, 381-82 (1994) and incorporate appropriate language in any substituted judgment entry.

This Court explicitly retains jurisdiction to enforce the settlement agreement reached by the parties.

    /s/ *Michael R. Barrett*
    Michael R. Barrett, Judge
    United States District Court