UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES SAMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | **CASE NO. 1:17-cv-00658-MRB** |
| ) | |
| v. ) | **Judge Michael R. Barrett** |
| ) | |
| HAVERHILL COKE ) | **Magistrate Judge Karen L. Litkovitz** |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### STIPULATED FINAL ORDER OF DISMISSAL

In accordance with the terms of the Settlement Agreement as of the effective date, as executed by the Parties and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs James Sampson, Roberta Sampson, Brian Gannon, and Mary Gannon ("Plaintiffs") and Defendants SunCoke Energy and Haverhill Coke Company ("Defendants") hereby stipulate and agree that all claims raised in the Sampson Litigation, which have not already been dismissed with prejudice, are hereby dismissed with prejudice.

This Court shall retain continuing jurisdiction to construe and enforce the provisions of the Settlement Agreement entered into between Plaintiffs and Defendants. This action is dismissed without the imposition of costs by the Court or Clerk.

**IT IS SO ORDERED.**

/s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court

**APPROVED AND STIPULATED:**

| | |
|---|---|
| /s/ D. David Altman | /s/ John Guttmann |
| David Altman, *Trial Attorney* (0021457) | John S. Guttmann (*admitted pro hac vice*) |
| Justin D. Newman (0080968) | Collin Gannon (*admitted pro hac vice*) |
| **ALTMANNEWMAN CO., L.P.A.** | **BEVERIDGE & DIAMOND, P.C.** |
| 15 E. 8th Street, Suite 200W | 1900 N Street, NW, Suite 100 |
| Cincinnati, Ohio 45202 | Washington, DC 20036 |
| Telephone: 513-721-2180 | Telephone: (202) 789-6020 |
| Facsimile: (513)721-2299 | Facsimile: (202) 789-6190 Email: |
| daltman@environlaw.com | jguttmann@bdlaw.com |
| jnewman@environlaw.com | cgannon@bdlaw.com |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |